**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17−24291−JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Leslie Lee Lyons | Kathy J. Lyons |
| 3105 Bergman Street | 3105 Bergman Street |
| Pittsburgh, PA 15204 | Pittsburgh, PA 15204 |

Social Security No.:
   xxx−xx−6808                                           xxx−xx−8047

Employer's Tax I.D. No.:

**NAME/ADDRESS OF ATTORNEY FOR DEBTOR**
Michael S. Geisler
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Telephone number: 412−613−2133

**NAME/ADDRESS OF TRUSTEE**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

**DATE/TIME/LOCATION OF MEETING OF CREDITORS**
February 12, 2018
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**CONFIRMATION HEARING DATE/TIME/LOC**
February 12, 2018
10:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 1/10/18

BY THE COURT

Jeffery A. Deller
Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 17-24291-JAD
Leslie Lee Lyons                                                    Chapter 13
Kathy J. Lyons
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil                   Page 1 of 2                   Date Rcvd: Jan 10, 2018
                              Form ID: rsc13               Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db/jdb        +Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849
14717663       APX Alarm,    c/o Asset Acceptance LLC,    P.O. Box 1620,    Warren, MI 48090
14717661      +Allied Adjustments,    4201 Crums Mill Road,    Harrisburg, PA 17112-2893
14717664      +Citibank, N.A.,    Fay Servicing, LLC,    939 W. North Avenue, Suite 680,
                Chicago, IL 60642-1231
14717667      +Citibank, N.A.,    c/o Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
14717666       Citibank, N.A.,    David W. Raphael, Esquire,    Grenen & Birsic, P.C.,
                One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
14717665      +Citibank, N.A.,    4100 Midway Road, Suite 1025,    Carrollton, TX 75007-1983
14717668       City and School District of Pittsburgh,    c/o Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14717670      +Comcast Cable,    c/o Eastern Account System,    75 Glen Road, Suite 110,
                Sandy Hook, CT 06482-1170
14735338       County of Allegheny,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
                Pittsburgh, PA 15219
14717671      +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,    707 Grant Street,    2200 Gulf Tower,
                Pittsburgh, PA 15219
14717672       First Premier Bank,    P. O. Box 5519,    Sioux Falls, SD 57117-5519
14735135       Kristine M. Anthou,    Grenen & Birsic, P.C.,    One Gateway Center,    9th Floor,
                Pittsburgh, PA 15222
14717678      +Nextel,    c/o Allied Interstate LLC,    3000 Corporate Exchange,    Columbus, OH 43231-7689
14717680       Pa-American Water,    P.O. Box 371142,    Pittsburgh, PA 15250-7412
14717681     #+Peoples Gas,    P.O. Box 6766,    Pittsburgh, PA 15212-0766
14717682       Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14732780      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14717683      +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14717686      +Realty Choice Investments LLC,    2008 Murray Avenue,    Pittsburgh, PA 15217-2169
14735136      +Rushmore Loan Management Services,    15480 Laguna Canyon Road,    Irvine, CA 92618-2132
14717688       S. James Wallace, Esquire,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
14717689       Scott A. Dietterick, Esquire,    Zucker, Goldberg & Ackerman,    Mountainside, NJ 07092
14717690      +TD Auto Finance,    P. O. Box 9001921,    Louisville, KY 40290-1921
14717691       TD Auto Finance LLC,    Trustee Payment Dept.,    P.O. Box 9001897,    Louisville, Ke 40290-1897
14717692      +TD Auto Finance, LLC,    Trustee Payment Department,    P.O. Box 16041,    Lewiston, ME 04243-9523
14717693      +Verizon,    500 Technology Drive,    Weldon Springs, MO 63304-2225
14717694      +Wells Fargo Bank,    P.O. Box 14411,    Des Moines, IA 50306-3411
14717695      +Wells Fargo Bank, N.A.,    3476 Stateview Blvd.,    MAC-X-7801-013,    Fort Mill, SC 29715-7203
14717696      +Wilmington Savings Fund Society, FSB,    P.O. Box 51407,    Los Angeles, CA 90051-5707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2018 02:13:22      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
14717662       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2018 02:15:55
                American Infosource, LP as agent for,    Verizon,    P.O. Box 248838,
                Oklahoma City, OK 73124-8838
14717669      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2018 02:13:59
                Collecto US Asset Managemnt, Inc.,    c/o Jefferson Capital Systems LLC,    P.O. Box 7999,
                Saint Cloud, MN 56302-7999
14717673       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2018 02:13:59      Jefferson Capital Systems LLC,
                P.O. Box 7999,    Saint Cloud, MN 56302
14735134       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2018 02:13:59      Jefferson Capital Systems LLC,
                P.O. Box 772813,    Chicago, IL 60677-2813
14717674      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2018 02:15:50      LVNV Funding,
                P. O. Box 10584,    Greenville, SC 29603-0584
14717675       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2018 02:15:51      LVNV Funding, LLC,
                c/o Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC 29603-0587
14717676       E-mail/Text: musaauto_bknotice@musaauto.com Jan 11 2018 02:13:54      MarkOne Financial,
                P O Box 550870,    Jacksonville, FL 32255-0870
14717677       E-mail/Text: bankruptcydpt@mcmcg.com Jan 11 2018 02:13:44      Midland Credit Management,
                8875 Aero Drive,    San Diego, CA 92123-2255
14717679       E-mail/Text: csc.bankruptcy@amwater.com Jan 11 2018 02:14:27      PA American Water,
                PO Box 578,    Alton, IL 62002-0578
14717685      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2018 02:15:52      PYOD, LLC,
                c/o Resurgent Capital Services,    P.O. Box 19008,    Greenville, SC 29602-9008
14717684      +E-mail/Text: csidl@sbcglobal.net Jan 11 2018 02:14:08      Premier Bankcard/ Charter,
                P.O. Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 12
```

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Jan 10, 2018
                              Form ID: rsc13          Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14717687       ##+RJM Acquisitions Funding LLC,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```