# MINUTES OF CHAPTER 13 §341(a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: _Lyons_____  (JAD)/TPA/CMB/GLT

Case Number: _17-24291_____

Date of Meeting: _2/12/18_____     Recording # _8_

Debtor(s) present _✓_ or Not Present _____ (__ No Payments Made or _✓_ partial payments)

Attorney for debtor(s) _Geisler_____ (Present _✓_ or Not Present____)

Date of Plan at § 341: _11/27/17_  Applicable commitment period _✓_3 yrs ___ 5 yrs

- Amended schedule I to be filed to
reflect current income for Debtor W

- 2016 TAX return & 2017 return once
filed

FILED
2018 FEB 15 P 4:16
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_____ Meeting HELD and CONCLUDED

_✓_ Meeting HELD but CONTINUED (not closed)

_____ Meeting NOT HELD

_____ Order to Show Cause Requested
_____ To be rescheduled by Clerk

No Payment
posted -
can't to pre
date

_____ Confirmation Order recommended _____Final _____ Interim

_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)

_____ Trustee recommends dismissal of the case (Debtor does not consent)*

_____ Trustee recommends dismissal of the case (Debtor has no defense)

_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days

_✓_ Continued to:

_____ 341 Meeting    OR    _✓_ Conciliation Conf. OR _____ *Contested Hearing

On ___4/12/18___ at __2:00__ am/pm Location _____

cancel

_____
Chapter 13 Trustee/Attorney for Trustee