UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA
CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | LESLIE LEE & KATHY J. LYONS |
| Case Number: | 17-24291-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, APRIL 12, 2018 03:00 PM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/13/18 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#18 - Continued Confirmation of Plan Dated 11/27/2017 (N)
+Objections By: Wilmington Savings Fund Society, FSB
R / M #:  18 / 0

*Appearances:*

Debtor: Geisler
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Wormbrodt for Wilmington

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 5/2/18 at 10:30 Am.
10. ✓ Other:

Handwritten note: No payments to date. Still need 2016 & 2017 tax returns.

As the result of indicated payment or other defaults, Plan is contested on **feasibility** or **good faith** grounds. Trustee **also requests that the case be dismissed** because of defaults.

4/6/2018    3:17:46PM

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Leslie Lee Lyons
Kathy J. Lyons
    Debtors

Case No. 17-24291-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Apr 13, 2018
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
db/jdb         +Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
            Allison L. Carr     on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
             acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
            James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
             bkgroup@kmllawgroup.com
            Jeffrey R. Hunt     on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com,
             cnoroski@grblaw.com
            Jeffrey R. Hunt     on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
             cnoroski@grblaw.com
            Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
             msgeis@yahoo.com;michaelgeisler13@gmail.com
            Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
             msgeis@yahoo.com;michaelgeisler13@gmail.com
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
            S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                                                              TOTAL: 9