# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

### Conciliation Conference:

**Debtor:** LESLIE LEE & KATHY J. LYONS
**Case Number:** 17-24291-JAD    **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, MAY 02, 2018 10:30 AM    COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

### Matter:

Contested Hearing on Confirmation of Debtors' Chapter 13 Plan Dated 11/27/2017
- Objection To Plan filed 3/13/2018 by Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust @ Doc. #37
- Conciliation Conf. Meeting Minutes from 4/12/2018 @ Doc. #38
R / M #:  18 / 0

### Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL / DeSimone
DEBTOR(S): Michael S. Geisler, Esq.
CREDITOR: James C. Warmbrodt, Esq.

### Proceedings:

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
    ✓ For At Least  90  Days (Court To Issue Scheduling Order)
    ___ To Hearing Date Of _____ at _____ AM/PM at _____
    ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
    ___ Evidentiary Hearing On Value And Cram-Down Interest
    ___ Complex / Pretrial Order - NONJURY / JURY
    ___ Simple / Pretrial Order - NONJURY / JURY
    ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
5/10/18 10:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge