IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LESLIE LEE LYONS and
KATHY J. LYONS,

: Bankruptcy No. 17-24291JAD
:
:
:
Debtor(s).    : Chapter 13
:
*********************************************
:
:
:
:
:
: Document No. 18
:

# ORDER

AND NOW, this **10th** day of **May, 2018**, a hearing having been held on 5/2/2018 on the *Contested Hearing on Confirmation of Debtors' Chapter 13 Plan Dated 11/27/2017* filed at Document **No. 18**,

It is hereby **ordered** that the hearing on said matter is **continued** to **August 22, 2018**, at 10:30 AM in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

JEFFERY A. DELLER  sjk
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Debtors
Debtors' Counsel
James C. Warmbrodt, Esq.
Chapter 13 Trustee
Office of the U.S. Trustee

FILED
5/10/18 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00023152

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Leslie Lee Lyons  
Kathy J. Lyons  
     Debtors

Case No. 17-24291-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: May 10, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2018.  
db/jdb         +Leslie Lee Lyons,    Kathy J. Lyons,    3105 Bergman Street,    Pittsburgh, PA 15204-1849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:

         Allison L. Carr     on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
         James Warmbrodt     on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt     on behalf of Creditor    City & School District of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
         Jeffrey R. Hunt     on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
         Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com  
         Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                   TOTAL: 9