# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- **Debtor:** LESLIE LEE & KATHY J. LYONS
- **Case Number:** 17-24291-JAD    **Chapter:** 13
- **Date / Time / Room:** WEDNESDAY, AUGUST 22, 2018 10:30 AM   COURTROOM D
- **Bankruptcy Judge:** JEFFERY A. DELLER
- **Courtroom Clerk:** SCOTT KOZAR
- **Reporter / ECR:** N/A

**Matter:**

Contested Hearing on Confirmation of Debtors' Chapter 13 Plan Dated 11/27/2017
- Objection To Plan filed 3/13/2018 by Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust @ Doc. #37
- Conciliation Conf. Meeting Minutes from 4/12/2018 @ Doc. #38
- Hearing Held 5/2/2018 - Continued to 8/22/2018
R / M #: 18 / 0

**Appearances:**

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Michael S. Geisler, Esq.
CREDITOR: James C. Warmbrodt, Esq.

**Proceedings:**

___ Motion is GRANTED / DENIED
___ Special Type Of Order:
✓ CONTINUE MATTER:
  ___ For At Least _____ Days (Court To Issue Scheduling Order)
  ✓ To Hearing Date Of Nov. 28, 2018 at 10:00 AM/PM at _____
  ___ To Conciliation Conference For _____ at
       _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
  ___ Evidentiary Hearing On Value And Cram-Down Interest
  ___ Complex / Pretrial Order - NONJURY / JURY
  ___ Simple / Pretrial Order - NONJURY / JURY
  ___ Parties To Undertake Discovery - Discovery Period: _____ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
8/22/18 12:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge