(N)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LESLIE LEE LYONS and ) | Bankruptcy No. 17-24291-JAD |
| KATHY J. LYONS, ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| _____ X | Related to Doc. No. 18 |

**ORDER CONTINUING CONFIRMATION
AND DIRECTING THE FILING OF TAX RETURNS**

AND NOW, this 22nd day of August, 2018, the Court hereby ORDERS as follows:

1. Confirmation of the Chapter 13 Plan dated 11/27/2017 is hereby continued to **Wednesday, November 28, 2018 at 10:00 a.m.** at Courtroom D, U.S. Bankruptcy Court, 54th Floor US Steel Building, Pittsburgh, PA 15219.

2. **Effective immediately** the Debtors' Chapter 13 Plan payment is increased to $1,268.00 per month which shall be remitted by the Debtors to the Chapter 13 Trustee forthwith.

3. By no later than **October 28, 2018**, the Debtors shall (a) file all outstanding 2016 and 2017 income tax returns, and furnish copies of the same to the Chapter 13 Trustee, and (b) file with the Court a certification that said returns have been duly filed.

4. Failure to promptly and completely comply with this Order shall result in the dismissal of this bankruptcy case without further notice and/or hearing.

Date: August 22, 2018

_____
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

cc: Michael Geisler, Esq.
Chapter 13 Trustee

FILED
8/22/18 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-24291-JAD
Leslie Lee Lyons                                                                Chapter 13
Kathy J. Lyons
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2          Date Rcvd: Aug 22, 2018
                              Form ID: pdf900         Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2018.
```
db/jdb         +Leslie Lee Lyons,   Kathy J. Lyons,   3105 Bergman Street,   Pittsburgh, PA 15204-1849
cr             +City & School District of Pittsburgh,   Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
cr             +Pittsburgh Water & Sewer Authority,   Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
14717663        APX Alarm,   c/o Asset Acceptance LLC,   P.O. Box 1620,   Warren, MI 48090
14717661       +Allied Adjustments,   4201 Crums Mill Road,   Harrisburg, PA 17112-2893
14717667       +Citibank, N.A.,   c/o Aldridge Pite, LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
                 San Diego, CA 92177-7921
14717666        Citibank, N.A.,   David W. Raphael, Esquire,   Grenen & Birsic, P.C.,
                 One Gateway Center, 9th Floor,   Pittsburgh, PA 15222
14717665       +Citibank, N.A.,   4100 Midway Road, Suite 1025,   Carrollton, TX 75007-1983
14717664       +Citibank, N.A.,   Fay Servicing, LLC,   939 W. North Avenue, Suite 680,
                 Chicago, IL 60642-1231
14758898       +City & School District of Pittsburgh,   Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
                 Pittsburgh, PA 15219-6101
14717668        City and School District of Pittsburgh,   c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14717670       +Comcast Cable,   c/o Eastern Account System,   75 Glen Road, Suite 110,
                 Sandy Hook, CT 06482-1170
14735338        County of Allegheny,   c/o Goehring, Rutter & Boehm,   14th Floor, Frick Building,
                 Pittsburgh, PA 15219
14717671        Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,   707 Grant Street,   2200 Gulf Tower,
                 Pittsburgh, PA 15219
14717672        First Premier Bank,   P. O. Box 5519,   Sioux Falls, SD 57117-5519
14735135        Kristine M. Anthou,   Grenen & Birsic, P.C.,   One Gateway Center,   9th Floor,
                 Pittsburgh, PA 15222
14717678       +Nextel,   c/o Allied Interstate LLC,   3000 Corporate Exchange,   Columbus, OH 43231-7689
14717680        Pa-American Water,   P.O. Box 371142,   Pittsburgh, PA 15250-7412
14717682        Peoples Natural Gas Company,   P.O. Box 535323,   Pittsburgh, PA 15253-5323
14732780       +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14758897       +Pittsburgh Water & Sewer Authority,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14717683       +Pittsburgh Water & Sewer Authority,   c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14717686       +Realty Choice Investments LLC,   2008 Murray Avenue,   Pittsburgh, PA 15217-2169
14735136       +Rushmore Loan Management Services,   15480 Laguna Canyon Road,   Irvine, CA 92618-2132
14796718       +Rushmore Loan Management Services,   P.O. Box 55004,   Irvine, CA 92619-5004
14717688        S. James Wallace, Esquire,   845 N. Lincoln Avenue,   Pittsburgh, PA 15233-1828
14717689        Scott A. Dietterick, Esquire,   Zucker, Goldberg & Ackerman,   Mountainside, NJ 07092
14717690       +TD Auto Finance,   P. O. Box 9001921,   Louisville, KY 40290-1921
14717691        TD Auto Finance LLC,   Trustee Payment Dept.,   P.O. Box 9001897,   Louisville, Ke 40290-1897
14717692       +TD Auto Finance, LLC,   Trustee Payment Department,   P.O. Box 16041,   Lewiston, ME 04243-9523
14717694       +Wells Fargo Bank,   P.O. Box 14411,   Des Moines, IA 50306-3411
14717695       +Wells Fargo Bank, N.A.,   3476 Stateview Blvd.,   MAC-X-7801-013,   Fort Mill, SC 29715-7203
14717696       +Wilmington Savings Fund Society, FSB,   P.O. Box 51407,   Los Angeles, CA 90051-5707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14717662        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2018 01:59:04
                 American Infosource, LP as agent for,   Verizon,   P.O. Box 248838,
                 Oklahoma City, OK 73124-8838
14717669       +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 23 2018 01:53:15
                 Collecto US Asset Managemnt, Inc.,   c/o Jefferson Capital Systems LLC,   P.O. Box 7999,
                 Saint Cloud, MN 56302-7999
14717673        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 23 2018 01:53:15       Jefferson Capital Systems LLC,
                 P.O. Box 7999,   Saint Cloud, MN 56302
14735134        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 23 2018 01:53:15       Jefferson Capital Systems LLC,
                 P.O. Box 772813,   Chicago, IL 60677-2813
14717674       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:58:30       LVNV Funding,
                 P. O. Box 10584,   Greenville, SC 29603-0584
14717675        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:58:30       LVNV Funding, LLC,
                 c/o Resurgent Capital Services,   P.O. Box 10587,   Greenville, SC 29603-0587
14805571        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:58:47
                 LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14807412        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:58:30
                 LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0315-2           User: bsil               Page 2 of 2              Date Rcvd: Aug 22, 2018
                               Form ID: pdf900         Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14717676       E-mail/Text: musaauto_bknotice@musaauto.com Aug 23 2018 01:53:12     MarkOne Financial,
                P O Box 550870,   Jacksonville, FL 32255-0870
14717677      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2018 01:53:03     Midland Credit Management,
                8875 Aero Drive,   San Diego, CA 92123-2255
14717679      +E-mail/Text: csc.bankruptcy@amwater.com Aug 23 2018 01:53:34     PA American Water,
                PO Box 578,   Alton, IL 62002-0578
14717685      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:58:46     PYOD, LLC,
                c/o Resurgent Capital Services,    P.O. Box 19008,   Greenville, SC 29602-9008
14805491      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2018 01:58:46
                PYOD, LLC its successors and assigns as assignee,     of Capital One, F.S.B.,
                Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
14717684      +E-mail/Text: csidl@sbcglobal.net Aug 23 2018 01:53:20     Premier Bankcard/ Charter,
                P.O. Box 2208,   Vacaville, CA 95696-8208
14717693      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 23 2018 01:52:34
                Verizon,   500 Technology Drive,    Weldon Springs, MO 63304-2225
14768650       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2018 01:58:48     Verizon,
                by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*           +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14717681     ##+Peoples Gas,   P.O. Box 6766,   Pittsburgh, PA 15212-0766
14717687     ##+RJM Acquisitions Funding LLC,   575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                   TOTALS: 2, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:
```
          James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
           Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   City & School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Michael S. Geisler    on behalf of Debtor Leslie Lee Lyons m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Michael S. Geisler    on behalf of Joint Debtor Kathy J. Lyons m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```